# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Jane Doe, | : | |
| Plaintiff. | : | Case No. 2:18-cv-01333 |
| vs. | : | Judge Edmund A. Sargus, Jr. |
| The Ohio State University, | : | Magistrate Judge Kimberly Jolson |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF PARTY DEFENDANT

Plaintiff, Jane Doe, by and through counsel, hereby dismisses any and all claims against the currently named Defendant and substitutes as the sole Defendant in this case The Ohio State University.  The case title and caption should be amended to read *Jane Doe v. The Ohio State University.*

Respectfully submitted,

/s/ Konrad Kircher
KONRAD KIRCHER (0059249)
12 East Warren Street
Lebanon, OH 45036
Telephone:  (513) 932-2115
Konrad@rittgers.com
*Counsel for Plaintiff*

475493